UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN BAILEY,

    Plaintiff,

v.                                                                        Case No. 3:15cv479/MCR/CJK

LARRY ASHLEY,

    Defendant.
_____/

REPORT AND RECOMMENDATION

On October 30, 2015, the court entered an order directing plaintiff to file an amended civil rights complaint. (Doc. 5). Plaintiff was directed to file the amended complaint within thirty days and was warned that a failure to do so would result in a recommendation that this case be dismissed. (*Id.*). To date, plaintiff has not filed the amended complaint and has not responded to the court's December 2, 2015 Order (doc. 6) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 18th day of December, 2015.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S.Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.