UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN BAILEY,**

    **Plaintiff,**

v.	    Case No.  3:15cv479/MCR/CJK

**LARRY ASHLEY,**

    **Defendant.**

                                    /

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 18, 2015.  ECF No. 7.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.	The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

Page 2 of 2

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the Court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of January, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No 3:15cv479/MCR/CJK